53 So.2d 887

### Melvin FENDLEY v. STATE.
### 7 Div. 113.

Supreme Court of Alabama.
May 24, 1951.

Rehearing Denied June 21, 1951.

Roy D. McCord and Rowan S. Bone, Gadsden, for petitioner.

Si Garrett, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Melvin Fendley for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Fendley v. State, 53 So.2d 892.

Writ denied.

LIVINGSTON, C. J., and FOSTER and STAKELY, JJ., concur.

53 So.2d 887

### Willie FULLER v. CITY OF BIRMINGHAM.
### 6 Div. 298.

Supreme Court of Alabama.
June 14, 1951.

Rehearing Denied June 30, 1951.

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

SIMPSON, Justice.

Petition of Willie Fuller for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Fuller v. City of Birmingham, 53 So.2d 892.

Writ denied.

LIVINGSTON, C. J., and BROWN and FOSTER, JJ., concur.

53 So.2d 888

### James W. GRAHAM v. CITY OF BIRMINGHAM.
### 6 Div. 283.

Supreme Court of Alabama.
June 14, 1951.

Rehearing Denied June 30, 1951.

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

FOSTER, Justice.

Petition of James W. Graham for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of. Graham v. City of Birmingham, 53 So.2d 892.

Writ denied.

LIVINGSTON, C. J., and BROWN and SIMPSON, JJ., concur.